UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

JAMES CLIFFORD LeMASTERS, JR.,           Civil File No. 05-515 (DSD/JGL)

    Plaintiff,

v.                                                **ORDER**

CAROL (UNKNOWN) – MSOP
SOUTH SIDE NURSE,

    Defendant.

---

The above-entitled matter came before the Court upon the Report and Recommendation of the Chief United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that this action is summarily **DISMISSED WITHOUT PREJUDICE**.

Dated: May 24, 2005

                                                                     s/David S. Doty
                                                                       David S. Doty, Judge
                                                                       United States District Court